IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00318–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WAYNE D. BREITAG,
2. JERRY L. MASON,

    Defendants.

---

**ORDER AND NOTICE OF SETTINGS**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a eight-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **October 27, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. Therefore, it is

    **ORDERED** that the deadline for filing all motions is September 26, 2008. All responses shall be filed by October 3, 2008. A hearing on the motions, if necessary, is set for **October 10, 2008**, at 2:15 o'clock p.m. It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 10:00 o'clock a.m. on Friday, **October 17, 2008**. The deadline for submitting the plea agreement and state-

1

ment of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, October 15, 2008.

Dated: August 20, 2008