IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:08-CR-00318-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WAYNE D. BREITAG,
2. JERRY L. MASON,

    Defendants.

## FORTHWITH ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the material witness, Jan Groenewald Swart, Prisoner Id # 14310-067, before a United States District Judge, on October 27, 2008, to testify during the proceedings of the above captioned cause, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until he has appeared as a material witness, and immediately thereafter to return the witness to the institution where he is now confined, under safe and secure conduct.

SO ORDERED this 10th day of October, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                CHIEF UNITED STATES DISTRICT JUDGE